**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-7882**

---

LEE ROBERT WILLIAMS,

Plaintiff - Appellant,

versus

DOCTOR STEWART, at Columbus Correctional
Institution; NURSE, at Columbus Correctional
Institution; LIEUTENANT COLMAN, at Columbus
Correctional Institution; MS. HUNT,
Superintendent at Columbus Correctional
Institution; DIRECTOR OF NORTH CAROLINA INMATE
MEDICAL RECORDS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-04-567-5-BO)

---

Submitted: April 27, 2005          Decided: May 10, 2005

---

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

---

Vacated and remanded by unpublished per curiam opinion.

---

Lee Robert Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Lee Robert Williams appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) action. The district court's opinion concludes that Williams "has simply constructed a complaint and memorandum which includes page after page of legal terminology without any support of alleged facts, dates, and/or injury." We have carefully reviewed the record and find that the factual allegations contained in paragraph (E) of the memorandum/affidavit supporting Williams's complaint meet the minimum factual requirement of a § 1983 claim.

Accordingly, we vacate the district court's order and remand for further proceedings.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

VACATED AND REMANDED

---

[*]By this disposition, we indicate no view of the merits of Williams's complaint or the nature of the proceedings that may be appropriate on remand.